# United States Bankruptcy Court
## Western District of Pennsylvania

In re  Lisa Jones Ritz                                              Case No.  19-22632
                    Debtor(s)                                        Chapter   13

# PAYMENT ADVICES COVER SHEET
# UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, __Lisa Jones Ritz__ , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

- [✓] I have not been employed by any employer within the 60 days before the date of the filing of the petition.

- [ ] I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

- [ ] I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date  August 3, 2019                    Signature  /s/ Lisa Jones Ritz
                                                    Lisa Jones Ritz
                                                    Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-22632-CMB |
| | : | |
| Lisa Jones Ritz | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Lisa Jones Ritz | : | |
| Movant | : | Filed Pursuant to Rule 1007-4 |

### VERIFICATION REGARDING PROOF OF INCOME

I, **Lisa Jones Ritz** hereby state as follows:

1. I have a seasonal part-time job with Edwards Ice Cream Shop, and I earn average wages of $736.37 per month from May through November.

2. I receive Social Security Benefits in the amount of $1095.00 per month.

3. My two children receive combined total Social Security Benefits in the amount of $490.00 per month.

4. My husband lives in the household and contributes $2,088.03 per month.

5. I have filed income tax returns for the years 2015 – 2018.

6. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: July 31, 2019                                       /s/ Lisa Jones Ritz
                                                         Lisa Jones Ritz
                                                         Debtor