**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

Case No. **19−22632−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Lisa Jones Ritz
   4 Meadowood Drive
   Cheswick, PA 15024

Social Security No.:
   xxx−xx−0574

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Lawrence W. Willis
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235
Telephone number:  412−235−1721

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number:  412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
October 21, 2019
09:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

CONFIRMATION HEARING DATE/TIME/LOC
October 21, 2019
09:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 9/12/19

BY THE COURT

Carlota M. Bohm
Judge

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                                Case No. 19-22632-CMB
Lisa Jones Ritz                                                       Chapter 13
      Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dkam              Page 1 of 2          Date Rcvd: Sep 12, 2019
                              Form ID: rsc13          Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2019.
```
db          +Lisa Jones Ritz,    4 Meadowood Drive,    Cheswick, PA 15024-9657
cr          +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
15099274    +Becket & Lee,    POB 3001,    Malvern, PA 19355-0701
15105972     Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
15099277     Duquesne Light,    C/O Keri Ebeck,    Suite 2200 Gulf Tower,    Pittsburgh, PA 15219
15099278    +Greensky, LLC,    1797 Northeast Expressway, Ste. 100,    Atlanta, GA 30329-2451
15080026    +Grnsky/fifththirdbk,    1797 Ne Expressway,    Atlanta, GA 30329-7803
15099281    +KML Law,    701 Market St #5000,    Philadelphia, PA 19106-1541
15080027     Kay Jewelers,    Care Of Resurgent Capital Serv,    Greenville, SC 29602
15099285    +Peoples Gas,    c/o James Wallace,    845 North Lincoln Avenue,    Pittsburgh, PA 15233-1828
15099284    +Peoples Gas,    100 Allegheny Center Mall,    Pittsburgh, PA 15212-5331
15080029    +Rushmore Loan Mgmt Ser,    Pob 52708,    Irvine, CA 92619-2708
15119065    +Wilmington Savings Fund Society, FSB, et al,    c/o Rushmore Loan Management Services,
              P.O. Box 55004,    Irvine, CA 92619-5004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2019 02:40:48     Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
15117518     E-mail/Text: ally@ebn.phinsolutions.com Sep 13 2019 02:40:19     Ally Bank,    PO Box 130424,
              Roseville MN 55113-0004
15080023    +E-mail/Text: ally@ebn.phinsolutions.com Sep 13 2019 02:40:19     Ally Financial,
              P.o. Box 380901,    Bloomington, MN 55438-0901
15080024     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 13 2019 02:44:09
              Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
15080025    +E-mail/Text: bankruptcy.bnc@ditech.com Sep 13 2019 02:40:32     Ditech Financial Llc,
              Po Box 6172,    Rapid City, SD 57709-6172
15115258    +E-mail/Text: kburkley@bernsteinlaw.com Sep 13 2019 02:41:39     Duquesne Light Company,
              c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219-1945
15080028    +E-mail/Text: bncnotices@becket-lee.com Sep 13 2019 02:40:23     Kohls/capone,    Po Box 3115,
              Milwaukee, WI 53201-3115
15099283    +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 13 2019 02:44:49     LVNV Funding,
              PO BOX 10497 MS 576,    Greenville, SC 29603-0497
15089667     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 13 2019 02:44:48     LVNV Funding, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Wilmington Savings Fund Society, FSB, d/b/a Christ
cr*          +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
               707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
15099273*    +Ally Financial,    P.o. Box 380901,    Bloomington, MN 55438-0901
15099275*   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:   Capital One Bank Usa N,    15000 Capital One Dr,
               Richmond, VA 23238)
15099276*    +Ditech Financial Llc,    Po Box 6172,    Rapid City, SD 57709-6172
15099279*    +Grnsky/fifththirdbk,    1797 Ne Expressway,    Atlanta, GA 30329-7803
15099280*     Kay Jewelers,    Care Of Resurgent Capital Serv,    Greenville, SC 29602
15099282*    +Kohls/capone,    Po Box 3115,    Milwaukee, WI 53201-3115
15099286*    +Rushmore Loan Mgmt Ser,    Pob 52708,    Irvine, CA 92619-2708
                                                                                    TOTALS: 1, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                          Signature:  /s/Joseph Speetjens

```
District/off: 0315-2           User: dkam              Page 2 of 2              Date Rcvd: Sep 12, 2019
                               Form ID: rsc13          Total Noticed: 22
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2019 at the address(es) listed below:

```
          James   Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust et al... bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Lawrence W. Willis    on behalf of Debtor Lisa Jones Ritz ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6
```