\*FILING FEE PAID\*     Yes _____   No _____

## MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
## AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Ritz_____ JAD/TPA/(CMB)/GLT

Case Number: __19-22632__

Date of Meeting: __10/21/19__

Recording # _____

Debtor(s) present ___ or Not Present ✓ ( ✓ No Payments Made or ___ partial payments)

Attorney for debtor(s) __Willis Zutz__ (Present ✓ or Not Present ___ )

Date of Plan at § 341: __8/3/19__ Applicable commitment period ___ 3 yrs ___ 5 yrs

Berne — Ally

FILED 2019 OCT 23 P 1:36 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

_____ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
___✓__ Meeting NOT HELD        ___✓__ Order to Show Cause Requested
                                _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due: _____; Objections due: _____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_____ Continued to:
       _____ 341 Meeting    OR _____ Conciliation Conf. OR ___ *Contested Hearing
On _____ at _____ am/pm Location _____