**Form 016**

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

36

In re:                                                                                         Bankruptcy Case No.: 19−22632−CMB

Chapter: 13

**Lisa Jones Ritz**
  Debtor(s)

**ORDER OF COURT**

   **AND NOW,** in Pittsburgh in said district this The 24th of October, 2019;

   **IT IS HEREBY ORDERED** that the Debtor(s) and/or Counsel for the Debtor(s) shall appear on November 20, 2019 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **TO SHOW CAUSE WHY** the above−captioned case should not be **DISMISSED for Debtor(s) failure to attend scheduled Section 341 Meetings.**

Carlota M. Bohm
Judge

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
```

In re:                                                            Case No. 19-22632-CMB
Lisa Jones Ritz                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: dsaw               Page 1 of 1            Date Rcvd: Oct 24, 2019
                                Form ID: 016             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2019.
db             +Lisa Jones Ritz,    4 Meadowood Drive,    Cheswick, PA 15024-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2019 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust et al... bkgroup@kmllawgroup.com
              Jillian Nolan Snider    on behalf of Creditor    Ally Bank jsnider@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Lawrence W. Willis    on behalf of Debtor Lisa Jones Ritz ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7