## PROCEEDING MEMO

**Date: 11/20/2019 10:00 am**

In re: Lisa Jones Ritz

Bankruptcy No. 19-22632-CMB
Chapter: 13
Doc. # 36

**Appearances:**   Lawrence W. Willis, Esq.
Winnecour / Pail / Katz / DeSimone

**Nature of Proceeding:** #36 Rule to Show Cause Hearing
re failure to attend 341 meetings

**Additional Pleadings:**

**Judge's Notes:**
   No appearance by debtor, Case dismissed.

Carlota M. Böhm
Chief U.S. Bankruptcy Judge