**Form 309**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Lisa Jones Ritz** | : | Case No. 19−22632−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

    **AND NOW,** this ***The 20th of November, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

    (1)   The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

    (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

    (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

    (4)   The Clerk shall give notice to all creditors of this dismissal.

Carlota  M. Böhm

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-22632-CMB
Lisa Jones Ritz                                                           Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw          Page 1 of 2          Date Rcvd: Nov 20, 2019
                             Form ID: 309         Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2019.
db          +Lisa Jones Ritz,    4 Meadowood Drive,    Cheswick, PA 15024-9657
cr          +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
             Pittsburg, PA 15233-1828
15099277     Duquesne Light,    c/O Keri Ebeck,    Suite 2200 Gulf Tower,    Pittsburgh, PA 15219
15099278    +Greensky, LLC,    1797 Northeast Expressway, Ste. 100,    Atlanta, GA 30329-2451
15080026    +Grnsky/fifththirdbk,    1797 Ne Expressway,    Atlanta, GA 30329-7803
15099281    +KML Law,    701 Market St #5000,    Philadelphia, PA 19106-1541
15080027     Kay Jewelers,    Care Of Resurgent Capital Serv,    Greenville, SC 29602
15099285    +Peoples Gas,    c/o James Wallace,    845 North Lincoln Avenue,    Pittsburgh, PA 15233-1828
15099284    +Peoples Gas,    100 Allegheny Center Mall,    Pittsburgh, PA 15212-5331
15080029    +Rushmore Loan Mgmt Ser,    Pob 52708,    Irvine, CA 92619-2708
15119065    +Wilmington Savings Fund Society, FSB, et al,    c/o Rushmore Loan Management Services,
             P.O. Box 55004,    Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15117518     EDI: GMACFS.COM Nov 21 2019 08:28:00    Ally Bank,    PO Box 130424,    Roseville MN 55113-0004
15080023    +EDI: GMACFS.COM Nov 21 2019 08:28:00    Ally Financial,    P.o. Box 380901,
             Bloomington, MN 55438-0901
15099274    +EDI: BL-BECKET.COM Nov 21 2019 08:28:00    Becket & Lee,    POB 3001,    Malvern, PA 19355-0701
15080024     EDI: CAPITALONE.COM Nov 21 2019 08:28:00    Capital One Bank Usa N,    15000 Capital One Dr,
             Richmond, VA 23238
15105972     EDI: BL-BECKET.COM Nov 21 2019 08:28:00    Capital One, N.A.,    c/o Becket and Lee LLP,
             PO Box 3001,    Malvern PA 19355-0701
15080025    +E-mail/Text: bankruptcy.bnc@ditech.com Nov 21 2019 03:36:20    Ditech Financial Llc,
             Po Box 6172,    Rapid City, SD 57709-6172
15115258    +E-mail/Text: kburkley@bernsteinlaw.com Nov 21 2019 03:37:06    Duquesne Light Company,
             c/o Bernstein-Burkley, P.C.,    707 Grant St.,    Suite 2200, Gulf Tower,
             Pittsburgh, PA 15219-1945
15080028    +E-mail/Text: bncnotices@becket-lee.com Nov 21 2019 03:36:14    Kohls/capone,    Po Box 3115,
             Milwaukee, WI 53201-3115
15099283    +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 21 2019 03:40:46     LVNV Funding,
             PO BOX 10497 MS 576,    Greenville, SC 29603-0497
15089667     E-mail/PDF: resurgentbknotifications@resurgent.com Nov 21 2019 03:40:46     LVNV Funding, LLC,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                           TOTAL: 10


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Ally Bank
cr           Wilmington Savings Fund Society, FSB, d/b/a Christ
cr*         +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
             707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
15099273*   +Ally Financial,    P.o. Box 380901,    Bloomington, MN 55438-0901
15099275*   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:  Capital One Bank Usa N,    15000 Capital One Dr,
             Richmond, VA 23238)
15099276*   +Ditech Financial Llc,    Po Box 6172,    Rapid City, SD 57709-6172
15099279*   +Grnsky/fifththirdbk,    1797 Ne Expressway,    Atlanta, GA 30329-7803
15099280*    Kay Jewelers,    Care Of Resurgent Capital Serv,    Greenville, SC 29602
15099282*   +Kohls/capone,    Po Box 3115,    Milwaukee, WI 53201-3115
15099286*   +Rushmore Loan Mgmt Ser,    Pob 52708,    Irvine, CA 92619-2708
                                                                             TOTALS: 2, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                              Signature:  /s/Joseph Speetjens

District/off: 0315-2          User: dsaw              Page 2 of 2            Date Rcvd: Nov 20, 2019
                             Form ID: 309             Total Noticed: 21

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2019 at the address(es) listed below:
     James  Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
     Trust et al... bkgroup@kmllawgroup.com
     Jillian Nolan Snider    on behalf of Creditor   Ally Bank jsnider@tuckerlaw.com,
     agilbert@tuckerlaw.com
     Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
     jbluemle@bernsteinlaw.com
     Lawrence W. Willis    on behalf of Debtor Lisa Jones Ritz ecf@westernpabankruptcy.com,
     urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
     S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
     srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                       TOTAL: 7